IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-191-MEF |
| | ) | (WO) |
| SAMMY SHELTON | ) | |

## **O R D E R**

Upon consideration of defendant Sammy Shelton's Motion to Continue Trial (Doc. #17) filed on October 28, 2008, it is hereby

ORDERED that the co-defendant and government show cause in writing on or before November 5, 2008 as to why this motion should not be granted.

DONE this the 29th day of October, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE