IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-191-MEF |
| | ) | |
| SAMMY SHELTON | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on January 15, 2009 (Doc. #36), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE of the court that the defendant's motion to dismiss (Doc. #26) be DENIED.

DONE this the 3rd day of March, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE